**Johnathan E. Mansfield, OSB No. 055390**
Email jmansfield@schwabe.com
**Peter E. Heuser, OSB No. 811281**
Email: pheuser@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900

FILED 29 NOV '11 14:42 USDC-ORE

Of Attorneys for Plaintiff, Videx, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**VIDEX, INC.,** an Oregon corporation,

Plaintiff,

vs.

**TRITEQ LOCK AND SECURITY, LLC,** an Illinois limited liability corporation,

Defendant.

No. 11-6384-AA

**COMPLAINT FOR PATENT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff Videx, Inc. alleges as follows:

## I. NATURE OF LAWSUIT

1. This is a patent infringement lawsuit brought under the patent laws of the United States, 35 U.S.C. §§ 271, 281, 283-285.

## II. THE PARTIES

2. Plaintiff Videx is an Oregon corporation with its principal place of business in Corvallis, Oregon. Videx is a leader in the design and manufacture of electronic access control

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

products. Videx's award-winning CyberLock® products have been installed in doors, safes, cabinets, vending machine and other containers, wherever an innovative and cost-effective security solution is required.

3. Defendant TriTeq Lock and Security, LLC is an Illinois limited liability corporation with its principal business address in Elk Grove Village, Illinois.

## III. JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.

5. This Court has general and specific personal jurisdiction over TriTeq because on information and belief: TriTeq maintains continuous and systematic contacts with the State of Oregon, and TriTeq has sold and offered for sale to customers in this district products that infringe one or more claims of Videx's patent.

6. Venue is proper in this Court under 28 U.S.C. §§ 1391(b), 1391(c), and/or 1400(b).

## IV. BACKGROUND

7. Since its founding in 1979, Videx has distinguished itself from the competition by its innovative approach to solving its customers' problems. In the late 1990s, Videx's founder realized that electronic and computer technology could be used to greatly improve security for businesses, leading to increased safety and adding to the bottom line. This led Videx to create many inventions that have received patents in the U.S. and abroad.

8. Videx is the owner of the entire right, title and interest in U.S. Patent No. 6,564,600 ("the '600 Patent"), entitled "ELECTRONIC ACCESS CONTROL DEVICE," issued May 20, 2003 (attached as "Exhibit A"). All maintenance fees have been paid.

9. The '600 patent is directed to an electronic access control device. As generally stated in the patent abstract, an electronic access control device has a movable locking member. A locking mechanism is operable to control the locking member. A movement detector generates a first condition in response to movement of the locking member. A key detector generates a

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

second condition in response to detecting a key. The locking mechanism increases resistance to movement of the locking member in response to the first condition, and decreases resistance to movement of the locking mechanism in response to the second condition.

10. TriTeq is engaged in the business of making, using and selling electronic access control devices.

11. On information and belief: TriTeq's products, including the HVV, Slim Line, Lift Bar, Key Pad, Cam Lock, and/or Routeq Safe ("TriTeq Products"), practice the technology claimed in the '600 Patent.

## V. TRITEQ INFRINGES THE '600 PATENT

12. On information and belief: TriTeq has been and is directly infringing at least one claim of the '600 Patent under 35 U.S.C. § 271(a) by making, using, selling and/or offering for sale one or more of the TriTeq Products.

13. TriTeq's infringement of the '600 Patent has injured and will continue to injure Videx unless and until the Court enjoins further infringement of the '600 Patent.

## VII. JURY DEMAND

Videx requests a trial by jury of all issues so triable.

## VI. PRAYER FOR RELIEF

WHEREFORE, Videx asks this Court to enter judgment against TriTeq granting the following relief:

A. A judgment declaring that TriTeq has infringed the '600 Patent;

B. A judgment, order, or award of damages adequate to compensate Videx for TriTeq's infringement of the '600 Patent, in no event less than a reasonable royalty, together with prejudgment interest from the date infringement of the '600 Patent began;

C. A preliminary and/or permanent injunction prohibiting TriTeq and its subsidiaries, affiliates, parents, successors, assigns, officers, employees, attorneys, agents, and all other persons acting with TriTeq or on its behalf from infringing the '600 Patent;

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

D. An accounting to determine information relevant to establishing the extent of TriTeq's infringement and amount of Videx's damages;

E. An award of costs and attorneys' fees, pursuant to 35 U.S.C. § 285 to the extent the Court finds this case to be exceptional;

F. An order trebling the damage award under 35 U.S.C. § 284, together with prejudgment interest; and

G. Such other and further relief as this Court may deem proper and just.

Dated this 29th day of November, 2011.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: ______________________________

Johnathan E. Mansfield, OSB No. 055390
Peter E. Heuser, OSB No. 811281
Telephone 503.222.9981
Of Attorneys for Videx, Inc.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

US006564600B1

(12) **United States Patent**
**Davis**

(10) **Patent No.: US 6,564,600 B1**
(45) **Date of Patent: May 20, 2003**

(54) **ELECTRONIC ACCESS CONTROL DEVICE**

(75) Inventor: **Paul R. Davis**, Corvallis, OR (US)

(73) Assignee: **Videx, Inc.**, Corvallis, OR (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/499,556**

(22) Filed: **Feb. 7, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/264,246, filed on Mar. 8, 1999, now abandoned.

(51) **Int. Cl.**[7] .................................... **E05B 47/06**

(52) **U.S. Cl.** .................... **70/277**; 70/278.2; 70/278.7; 70/283

(58) **Field of Search** .................... 70/277, 432, 278.1, 70/278.2, 278.3, 283, 283.1, 279.1, 278.7

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,212,251 A * 8/1940 Seelinger
2,271,966 A * 2/1942 Baribault
2,475,220 A * 7/1949 Chaulk et al.
2,763,888 A 9/1956 Billeter
3,241,344 A * 3/1966 Peters
3,731,963 A 5/1973 Pond .................... 292/144
3,733,861 A * 5/1973 Lester .................... 70/153
3,843,174 A 10/1974 Bogunovich et al. ....... 292/166
4,099,752 A 7/1978 Geringer .................... 292/144
4,127,966 A 12/1978 Schmidt .................... 49/141
4,148,092 A * 4/1979 Martin .................... 70/149 X
4,262,504 A 4/1981 Inoue .................... 70/151 R
4,557,121 A 12/1985 Charlton .................... 70/129 X
4,579,376 A 4/1986 Charton .................... 292/144
4,702,094 A 10/1987 Peterson .................... 70/241
4,789,859 A * 12/1988 Clarkson et al. ........ 361/172 X
4,982,587 A * 1/1991 Tzou .................... 70/492
5,010,751 A * 4/1991 Schwartz et al. ............. 70/276
5,177,988 A 1/1993 Bushnell .................... 70/175 X
5,216,909 A 6/1993 Armoogam .................... 70/283 X
5,339,662 A 8/1994 Goldman .................... 70/432 X
5,421,178 A 6/1995 Hamel et al. .................... 70/283
5,609,051 A 3/1997 Donaldson ........... 70/303 A X
5,819,563 A * 10/1998 Bianco .................... 70/283 X
5,878,612 A * 3/1999 Mauer .................... 70/283 X
6,064,316 A * 5/2000 Glick et al. .................... 70/63 X
6,082,153 A * 7/2000 Schoell et al. .................... 70/1.5

FOREIGN PATENT DOCUMENTS

EP 0148701 * 7/1985 .................... 70/283

* cited by examiner

*Primary Examiner*—Lloyd A. Gall
(74) *Attorney, Agent, or Firm*—Chernoff, Vilhauer, McClung & Stenzel, LLP

(57) **ABSTRACT**

An electronic access control device has a movable locking member. A locking mechanism is operable to control the locking member. A movement detector generates a first condition in response to movement of the locking member. A key detector generates a second condition in response to detecting a key. The locking mechanism increases resistance to movement of the locking member in response to the first condition, and decreases resistance to movement of the locking mechanism in response to the second condition.

**16 Claims, 16 Drawing Sheets**





U.S. Patent May 20, 2003 Sheet 1 of 16 US 6,564,600 B1

10
16a
22
12
16b
30
94
90
122
14
26
124
92
16a
22
12
16b
112
110
122
26
92
30
24
20
124
14

FIG.1

FIG.2

EXHIBIT A
Page 2 of 26

U.S. Patent May 20, 2003 Sheet 2 of 16 US 6,564,600 B1

104
106
16a
104
20
108
100
108
100
16b
34b
118
46
36
116
70
82
72
112
74
56
66
116
44
68
110
34a
64
42
60
62
122
120
116
80
78
54
124
TO FIG.3B

FIG.3A

EXHIBIT A
Page 3 of 26



26
28
94
90
114
30
96
22
40
138
130
136
132
84
86
38
52
42
32
FROM FIG.3A

FIG.3B

FIG.4
16a
114
12
22
44
20
108
104
118
120
110
26
14
122
124
16b
FIG.5
114
12
22
20
102
44
116
108
104
118
120
122

7
124
114
12
22
52
122
60
38
44
62
42
34b
74
86
24
76
78
72
7
82
68
36
70
32
132
34a
116
46

FIG.6

68
72
70
56
58
82
42
74
78
80
44
76
60
64
84
24
52
86
62
38
40

FIG.7



U.S. Patent May 20, 2003 Sheet 6 of 16 US 6,564,600 B1

9
124
114
12
22
122
52
60
38
44
62
42
82
86
34b
74
24
78
9
76
72
68
36
70
32
132
34a
116
46
70
68
72
58
82
74
56
42
80
78
44
64
76
60
84
52
24
86
62
38
40

FIG.8

FIG.9

EXHIBIT A
Page 7 of 26

11
124
114
12
22
122
60
38
44
24
62
42
34b
74
86
11
72
32
78
68
36
76
52
70
34a
132
116
46
70
68
72
58
82
42
78
74
60
44
62
56
80
76
84
24
86
38
40

FIG.10

FIG.11



FIG.12

U.S. Patent May 20, 2003 Sheet 9 of 16 US 6,564,600 B1

90
KEY DETECTOR
130
LED
BEEPER
132
CLOCK
134
86
SWITCH
EEPROM
98
CPU
88
EEPROM
98
COIL
150
IrDA LEDS
136,138
REG
97
9 VOLT BATTERY
96

FIG.13

EXHIBIT A
Page 10 of 26



KEY DETECTOR READS DEVICE
200
202
DEVICE ?
ERROR
COMMUNICATION DEVICE
226
COMM.
230
ERROR CLICK WAIT FOR INPUT
KEY
204
FIRST KEY ?
Y
216
SAVE MASTER KEY
MASTER KEY BEEP
SET FLAGS
LED ON
N
206
MASTER KEY ?
224
WAIT FOR INPUT
N
208
ADD KEY ?
N
210
AUTHORIZED KEY ?
Y
OPEN BEEP
SET OPEN FLAGS
SAVE STATUS
LED ON
212
Y
ADD KEY TO EEPROM
ADD KEY BEEP
214
Y
218
DELETE KEY ?
Y
DELETE KEY FROM EEPROM
DELETE KEY BEEP
220
N
222
SET OPEN FLAGS
SAVE MASTER KEY EVENT
MASTER KEY BEEP
LED ON
228
WAIT FOR INPUT

FIG.14

U.S. Patent May 20, 2003 Sheet 11 of 16 US 6,564,600 B1

SWITCH ON
300
AUTHORIZED ?
N
Y
POWERUP LOCK REVERSE SOLENOID
306
316
WAIT FOR INPUT
308
SWITCH ON > 1S ?
N
Y
302
SWITCH ON BEFORE ?
Y
N
304
POWERUP LOCK SAVE OPEN EVENT
310
SOUND ALARM
312
SWITCH OFF ?
N
Y
SAVE TAMPER EVENT
314
316
WAIT FOR INPUT

FIG.15

EXHIBIT A
Page 12 of 26



400
IrDA/WAND COMM.
IrDA/RS232 ?
RS232
IrDA
SYNCHRONIZE RS232
SYNCHRONIZE IrDA
READ COMMAND BYTES
DENY BEEP WAIT FOR INPUT
READ EEPROM/RTC ?
Y
N
N
AUTHORIZED ?
WRITE EEPROM/RTC ?
N
WAIT FOR INPUT
Y
Y
DENY BEEP WAIT FOR INPUT
GET DATA FROM EEPROM OR READ RTC
AUTHORIZED ?
N
Y
SEND SYNCHRONIZATION SIGNAL
READ DATA
SEND DATA
WRITE EEPROM/RTC
SUCCESS BEEP WAIT FOR INPUT
WAIT FOR INPUT
N
SUCCEED ?
Y

FIG.16

FIG.17

U.S. Patent May 20, 2003 Sheet 14 of 16 US 6,564,600 B1

122
124
114
612
22
660 674 654
652
678
680
640
686
704
624
682
700
639
36
708
636
638
642
668
670
672
34a
116
644
646

FIG.18

EXHIBIT A
Page 15 of 26



U.S. Patent May 20, 2003 Sheet 15 of 16 US 6,564,600 B1

20
660
652
674
638
639
708
636
642
644
646
678
680
676
704
686
682
700
670
624
668
20

FIG.19

668
670
642
708
639
706
704
674
704
700
702
644
656
658
654
660
652
624

FIG.20

EXHIBIT A
Page 16 of 26

U.S. Patent May 20, 2003 Sheet 16 of 16 US 6,564,600 B1

624
22
660
678
680
704
674
686
638
682
700
639
708
636
642
670
668
676
22
644
652
646

FIG.21

702
700
704
674
668
670
660
708
706
639
644
656
658
642
654
624

FIG.22

EXHIBIT A
Page 17 of 26

# ELECTRONIC ACCESS CONTROL DEVICE

This application is a continuation-in-part of U.S. patent application Ser. No. 09/264,246, filed Mar. 8, 1999, now abandoned.

## BACKGROUND OF THE INVENTION

The present invention relates to an electronic access control device, and more particularly to an electronic lock having a solenoid which increases or decreases resistence to opening the lock.

Electronic locks are well known and have been used to control the functioning of a locking mechanism. In particular, solenoids have been used as part of an electronic lock to restrain a latch that prevents movement of a locking bolt. An example of such a system is shown in Nakauchi, U.S. Pat. No. 4,798,068. Electronic locks have the advantage of allowing the use of electronic keys, which enables such locks to keep track of different keys. However, electronic locks suffer from several disadvantages. First, the locks consume electrical power. Thus, such locks either must be connected to a permanent power source, or must be supplied with a battery. Often, it is not practical to connect an electronic lock to a permanent source of power. Power consumption by an electronic lock, however, can quickly deplete the power in the battery, requiring either large, bulky batteries or frequent replacement of batteries.

Electronic locks which use a solenoid suffer from another disadvantage in that such locks may be opened with a sharp blow to the lock. For example, in the electronic lock disclosed in Nakauchi U.S. Pat. No. 4,798,068, a magnet holds a latch in place, resisting the force of a spring which urges the latch toward an unlocked position. Such a locking mechanism may be unlocked by the expedient of a sharp blow to the outside of the lock. A sharp blow can jar the latch, causing the latch to move or become displaced from the magnet, and thus causing the latch to move to an open position.

Electronic locks may also be susceptible to picking. Electronic locks usually have openings to allow entry of an electronic key to open the lock. However, the openings in the electronic lock may provide access to the inside of the lock and allow the lock to be picked. It is further desirable to install electronic locks on existing cabinets and drawers. However, mounting the locks on the exterior surfaces of the doors may allow access to the mounting screws or bolts. The lock would then be susceptible to being removed from the cabinet or drawer by cutting or drilling out the screws or bolts which attach the lock to the drawer.

Electronic access control devices also can be difficult to use because of the necessity of storing key data within the device. Typically, such devices contain a memory which stores the key codes for electronic keys which are authorized to open the device. The key codes, however, must be entered into the memory. Over time, it may be desirable to update the memory, to add keys or to delete keys which are authorized to access the device. Updating the memory of the installed device to include the new information can be difficult and time consuming. This is typically carried out by connecting the electronic access control device to a computer, which then downloads the key access information to the memory of the electronic access control device. However, inputting the updated key access information and then carrying a computer to the device to update lock information is burdensome and time consuming.

In addition, it is also desirable for each electronic access control device to have a master key which controls access to the device and which may be authorized to perform additional device functions. However, this requires initializing the memory with the master key code. If initialization occurs at the manufacturer, then the device and master key must be kept together and sold as a unit. If initialization occurs after the device is installed, then a computer must be connected to the memory to download the master key information. In either event, entering master key data and maintaining device and master key pairings can be time consuming and difficult.

What is therefore desired is an electronic access control device that utilizes low power, that is not susceptible to opening in response to sharp blows to the device, which does not present openings through which the device may be picked or through which the device mountings may be accessed, which is not easily removed from the exterior surface to which it is mounted and which provides a system for managing key authorization information which is easy to use.

## BRIEF SUMMARY OF THE INVENTION

In a first separate preferred aspect of the invention, the present invention provides an electronic access control device having a movable locking member. A locking mechanism is operable to control the locking member. A movement detector generates a first condition in response to movement of the locking member. A key detector generates a second condition in response to detecting a key. The locking mechanism increases resistance to movement of the locking member in response to the first condition, and decreases resistance to movement of the locking mechanism in response to the second condition.

In a second separate preferred aspect of the invention, the electronic access control device has a control mechanism regulated by a computer system. A key detector generates different key codes in response to detecting at least some keys. A computer system stores a plurality of authorized key codes, the computer system being operable to regulate the control mechanism in response to an authorized key code. The computer system stores a master key code in response to a first key code received from the.key detector so that the first key detected by the key detector becomes a master key capable of controlling storage of the authorized key codes.

In a third separate preferred aspect of the invention, an electronic access control device has an enclosure comprised of at least a housing and a base member detachably matingly engageable with one another. The enclosure contains a locking mechanism to control a locking member having respective locked and open positions. The base member has mounting members that attach the base member to a surface. A catch mechanism cooperates with the housing and the base member to limit relative movement therebetween when the housing is matingly engaged with the base member to form the enclosure and the locking member is in the locked position.

The several aspects of the present invention provide at least one or more of the following advantages. The present invention provides an electronic access control device which utilizes only small amounts of power to operate the device. The electronic access control device is also more resistant to opening in response to a blow to the exterior of the device. The invention further provides an electronic access control device which is less susceptible to being picked. In addition, the electronic access control device provides greater protection to the mounting members to prevent removal of the mounting members of the device. Finally, the present inven-

tion provides an electronic access control device that enables easy management of keys which are authorized to actuate the device.

The foregoing and other features and advantages of the invention will be more readily understood upon consideration of the following detailed description of the invention, taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. **1** shows a perspective view of an electronic access control device of the present invention mounted to the exterior of two adjoining surfaces.

FIG. **2** shows another perspective view of an electronic access control device of FIG. **1**.

FIG. **3**A shows an exploded view of several parts of the electronic access control device of FIG. **1**.

FIG. **3**B shows an exploded view of the remaining parts of the electronic access control device of FIG. **1** not shown in FIG. **3**A.

FIG. **4** shows a side partial sectional view of the electronic access device of FIG. **1**.

FIG. **5** shows a bottom view of the electronic access device of FIG. **1**.

FIG. **6** shows a partial view from the bottom of the electronic access control device of FIG. **1**.

FIG. **7** shows a view taken along the line **7**—**7** of FIG. **6**.

FIG. **8** shows the same view as FIG. **6** except the locking member has been rotated toward the open position.

FIG. **9** shows a view taken along the line **9**—**9** of FIG. **8**.

FIG. **10** shows the same view as FIG. **6** except the locking mechanism is partially opened.

FIG. **11** shows a view taken along the line **11**—**11** of FIG. **10**.

FIG. **12** shows another exemplary embodiment of an electronic access control device of the present invention.

FIG. **13** shows an exemplary block diagram of a circuit for an electronic access control device of the present invention.

FIG. **14** shows a flow chart for an exemplary key management and detection system of the present invention.

FIG. **15** shows a flow chart for an exemplary method of controlling current through a solenoid of an exemplary electronic access control device of the present invention.

FIG. **16** shows a flow chart for an exemplary data communication method.

FIG. **17** shows a cross section view of an exemplary solenoid.

FIG. **18** shows a partial view from the bottom of an alternative electronic access control device.

FIG. **19** is a view similar to a portion of FIG. **18**, but with the locking member partially rotated toward the open position.

FIG. **20** is a partial cross section taken along the line **20**—**20** of FIG. **19**.

FIG. **21** is the same view as in FIGS. **18** and **19**, but the locking member rotated to the open position.

FIG. **22** is cross section taken along the line **22**—**22** of FIG. **21**.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring now to the drawings, wherein like numerals refer to like elements, in one preferred embodiment the present invention provides an electronic access control device such as an electronic lock **10** comprised of a lock unit **12** and a strike unit **14**. FIG. **1** shows a perspective view of an exemplary embodiment of the electronic lock **10** mounted to surfaces **16***a* and **16***b*. The electronic lock **10** is suitable for use in a wide variety of environments, such as with cabinets, file drawers, doors, windows, desk drawers, chests, panels, or the like. In use, the lock unit **12** is mounted on one surface **16***a*, and the strike unit **14** is mounted on another surface **16***b*, so that when locked the lock unit **12** and strike unit **14** prevent movement of the two surfaces with respect to each other. Nevertheless, the various aspects of the present invention need not be incorporated into a surface mounted lock and may also be used in environments where the lock unit **12** and/or the strike unit **14** are recessed or embedded inside of a door or wall.

### The Locking Mechanism

Referring now to FIGS. **3**A and **3**B, the lock unit **12** is comprised of a base member **20** and a housing **22**. The lock unit **12** contains a locking member **24** which is movable between an open and a locked position. In the open position, the locking member **24** is recessed within the housing **22**. In the locked position, the locking member **24** extends out of the housing **22** and is operable with the strike unit **14** to secure the lock unit **12** relative to the strike unit **14**.

A knob **26** is connected to a shaft **28** which passes through the housing **22** and is connected to the locking member **24**. Rotation of the knob **26** causes the locking member **24** to rotate from the open to the locked position. The top of the housing **22** has a recess **30** in which the knob **26** rotates, but alternatively the knob **26** may be mounted flush with the top exterior surface of the housing **22**.

The locking member **24** has an arcuate catch portion **32** which is used to secure the lock unit **12** with respect to the strike unit **14**. When the locking member **24** is in the locked position, the arcuate catch portion **32** passes through the strike unit **14**, so that the arcuate catch portion **32** passes through two slots **34***a, b* in the strike unit **14** and around a central member **36** of the strike unit **14**. Thus, in the locked position, the locking member **24** secures the lock unit **12** to the strike unit **14**. Alternatively, the locking member **24** could be a straight rod or bolt, or may be of any other elongate shape so as to extend between the lock unit **12** and strike unit **14** when in the locked position. FIG. **6** shows the lock unit **12** and strike unit **14** secured together and the catch portion **32** passing through the two slots **34***a* and **34***b* and around the central member **36** of the strike unit **14**. FIG. **10** shows the locking member **24** rotated partially toward the open position. FIG. **2** shows the locking member **24** fully rotated toward the open position so that the locking member **24** is fully retracted within the housing **22**.

Returning to FIGS. **3**A and **3**B, a locking mechanism controls movement of the locking member **24** from the locked position to the open position. Preferably, the locking mechanism is comprised of a solenoid **38** which is mounted on a printed circuit board **40**, a latch member **42** mounted on a support plate **44**, and a spring plate **46**. The solenoid **38** is comprised of a permanent magnet **48** surrounding a coil **50** of wire, as shown in FIG. **17**. FIG. **17** shows a cross section of the solenoid having a permanent magnet **48**, coil **50**, pole piece **51** for focusing the magnetic field, insulating plate **49** and solenoid contacts **39**. The permanent magnet **48** is cylindrical with its two poles located at the top and bottom of the solenoid **38**. The coil **50** is wound around a pole piece **51** so that an electric current passing through the coil **50**

induces a magnetic field which is either aligned in the same direction as the magnetic field of the permanent magnet **48** or aligned in the opposite direction of the magnetic field of the permanent magnet, depending on the direction of the current flow. The circuit board **40** is mounted to the housing, and the solenoid **38** is attached to the circuit board **40** so that a projecting member **52** of the locking member **24** passes under the solenoid **38** when the projecting member **52** is rotated past the position of the solenoid **38**. FIG. **7** shows the locking member **24** in the locked position, while FIG. **11** shows the locking member rotated partially toward the open position, the projecting member **52** of the locking member **24** having rotated past the position of the solenoid **38**.

Referring again to FIGS. **3A** and **3B**, the support plate **44** is generally flat and is connected to the housing **22** with several screws. The support plate **44** is mounted beneath the printed circuit board **40** and holds the printed circuit board **40** in place. The support plate **44** supports the latch member **42** and the spring plate **46**. The support plate **44** defines an elongate groove **54** which contains the latch member **42**. One end of the elongate groove **54** is located directly below the solenoid **38**. The latch member **42** fits in the groove **54** and has a pivot surface **56** which rests on the support plate **44**. Referring also to FIGS. **7** and **11**, the edge **58** of the support plate at the end of the groove **54** acts as a fulcrum to allow the latch member **42** to pivot within the groove **54**.

The front portion **60** of the latch member **42** extends beneath the solenoid **38**. In the locked position, the front portion **60** of the latch member **42** is adjacent to the solenoid **38** and preferably directly contacts the permanent magnet **48**. The latch member **42** is shaped so that the top **62** of the front portion **60** is flat and makes good contact with solenoid **38**. When the latch member **42** is placed in contact with the solenoid **38** as shown in FIG. **7**, the latch member **42** is in the locked position, so that the front portion **60** of the latch member **42** is in the same horizontal plane as the projecting member **52** of the locking member **24** to prevent rotation of the locking member **24** from the locked to the open position. The front end of the latch member **42** is squared, so that the latch member **42** in the locked position presents a flat, perpendicular surface to the projecting member **52** of the locking member **24**. Similarly, the rear end **64** of the groove **54** and the rear end **66** of the latch member **42** are also squared, with surfaces perpendicular to the top surface of the support plate **44** when the latch member **42** is in the locked position, so that when the locking member **24** is rotated so as to press the projecting member **52** against the front portion **60** of the latch member **42**, the force imparted by the locking member **42** is directly transferred to the support plate **44**. Because the intervening surfaces are perpendicular to the support plate **44**, the latch member **42** will not slip out of position when the locking member **24** is pushed against the latch member **42**. This is illustrated more particularly by FIG. **9**, which shows the locking member **24** rotated toward the open position and the projecting member **52** pressing against the front portion **60** of the latch member **42**. The latch member **42** in FIG. **9** is in the locked position, thus preventing further rotation of the locking member **24** to the open position.

The latch member **42** has a ridge **68** along the bottom of the rear portion of the latch member **42**. The spring plate **46** has a release spring **70** which preferably ends in a loop **72** which fits around the ridge **68** of the latch member **42**. The pivot surface **56** of the rear portion of the latch member **42** is angled, so that in the locked position the pivot surface **56** angles away from the support plate **44**, as shown in FIG. **7**. When the magnetic field of the solenoid **38** is sufficiently reduced, the release spring **70** causes the latch member **42** to pivot about the edge **58**, thus lowering the front portion **60** of the latch member **42** out of the plane of the projecting member **52** of the locking member **24**. FIG. **11** shows the latch member **42** pivoted to the open position. This allows the locking member **24** to be rotated to the open position. The release spring **70** presses the rear portion of the latch member **42** toward the support plate **44**, so that when the latch member **42** is in the open position, the pivot surface **56** of the latch member **42** is pressed flush with the bottom of the support plate **44**, as shown in FIG. **11**.

Alternatively, the locking mechanism may be comprised of other elements and in other alternative arrangements. For example, the locking member may be a straight rod or bolt as discussed previously. The latch member may, instead of pivoting, move in a straight line direction into and out of an interfering position with the locking member. The latch member may be placed above or below the locking member, and need only interfere with a portion of the locking member so as to resist movement of the locking member from the locked to the open position. Similarly, alternative mechanisms could be used to urge the latch member from the closed to the open position instead of a release spring. For example, coiled springs, elastomers, solenoids, or other mechanisms could be used to urge the latch member toward the open position. Thus, many different types of locking mechanisms which utilize a solenoid may be employed to achieve the function of interfering with the movement of the locking member from the locked to the open position.

Referring again to FIGS. **3A**, **3B** and **7**, the spring plate **46** also has an anti-release spring **74** which presses against the front portion **60** of the latch member **42**. The anti-release spring **74** resists movement of the front portion **60** of the latch member **42** away from the solenoid **38**. The anti-release spring **74** thus acts to retain the latch member **42** in the locked position. The purpose of the anti-release spring is to prevent the latch member **42** from being jarred away from the solenoid **38** and into the open position. In the event of a sharp blow to the housing **22**, the front portion **60** of the latch member **42** may be jarred in a direction away from the solenoid **38**. In the absence of the anti-release spring **74**, the latch member **42** may be jarred into the open position, and the locking member **24** would be free to rotate to the open position. Because the anti-release spring **74** presses against the latch member **42** if the latch member **42** is jarred away from the solenoid **38**, the anti-release spring **74** prevents the latch member **42** from being jarred open in response to a sharp blow. Alternatively, other anti-release mechanisms may be used to urge the latch member **42** toward the closed position. For example, other materials could be used instead of the anti-release spring **74**, such as elastomers or coiled springs. Alternatively, a mechanical member may be placed beneath the latch member, preventing the latch member from pivoting until the mechanical member has been moved out of position. The spring plate **46** also could be made of several pieces instead of a unitary piece.

The locking unit **12** also has a mechanism for pushing the anti-release spring **74** away from the latch member **42**. The locking member **24** has a beveled dimple **76** in which is seated a ball bearing **78**. The support plate **44** has a hole **80** with a diameter slightly larger than the diameter of the ball bearing **78**. A front portion of the anti-release spring **74** is located underneath the hole **80**. The dimple **76** is located in a position on the locking member **24** so that when the locking member **24** is in the locked position, the ball bearing **78** is seated in the dimple **76**, as shown in FIG. **7**. In the locked position shown in FIG. **7**, the ball bearing **78** rests in

the hole **80** in the support plate **44** and is retained by the anti-release spring **74**, which prevents the ball bearing **78** from slipping out of the hole **80** in the support plate **44**. When the locking member **24** is rotated, as shown by FIG. **9**, the dimple **76** moves relative to the ball bearing **78**, since the ball bearing **78** is prevented from rotating with the dimple **76** by the edge of the hole **80** in the support plate **44**. Accordingly, the ball bearing **78** is pushed by the beveled surface of the dimple **76** to the bottom surface of the locking member **24**. The ball bearing **78** in turn pushes the anti-release spring **74** to the open position away from the latch member **42**. With the anti-release spring **74** pushed away from the latch member **42**, the latch member **42** is free to pivot to the open position. FIG. **11** illustrates the ball bearing **78** resting on the bottom of the locking member **24** after the locking member has been rotated toward the open position. Alternatively, the mechanism for pushing the anti-release spring away from the latch member may be accomplished using other methods, such as other mechanical systems to push the anti-release spring away from the latch member **42** in response to movement of the locking member **24**.

The lock unit **12** also has a mechanism for detecting movement of the locking member **24**. The spring plate **46** includes a switch spring **82** which presses against the switch button **84** of a switch **86** mounted on the printed circuit board **40**. In the locked position shown in FIG. **7**, the switch button **84** is depressed by the switch spring **82**. When the switch spring **82** is pushed away from the switch button **84** as shown in FIG. **9**, the switch **86** is opened, causing a signal to be sent to a microprocessor **88**. The switch spring **82** is connected to the front portion of the anti-release spring **74**, so that the switch spring **82** is pushed away from the switch button **84** by the ball bearing **78** in the same manner as the anti-release spring **74** is pushed by the ball bearing **78**, as shown by FIGS. **9** and **11**. Thus, the ball bearing **78**, switch spring **82** and switch **86** act collectively as a movement detector to detect movement of the locking member **24** from the closed position toward the open position. Other systems may be used to detect movement of the locking member **24**. The switch **86**, for example, could be connected directly to the locking member **24**. Instead of using a switch, movement of the locking member could be used to generate an electromagnetic signal which could be detected. Movement of the locking member could also be detected optically.

The lock unit **12** also includes a key detector **90**. The key detector **90** may be any device which can read a key **92** and send a signal corresponding to the key **92** to the microprocessor **88** to enable the lock to determine whether an authorized key has been presented. The key detector may accept electronic, magnetic or mechanical keys. The key detector could also comprise a data port for receiving a digital code, or comprise a keypad or mechanical entry system such as a series of numbered buttons or mechanical dials. In any of these systems, the key detector detects a key, code, password, or other representation of a key or key code and transmits a signal to the microprocessor corresponding to the key or key code.

In a preferred embodiment, the key detector **90** uses a touch button system sold under the trade name Touch Memory Button by Dallas Semiconductor of Dallas, Tex. The system operates by providing a key **92** which contains an integrated circuit housed within a stainless steel container. The system is passive, in that the key **92** has no power source. The key detector **90**, in response to being touched by a key **92** (as illustrated in FIG. **2**), sends a signal to the key **92** to read the key code of the key **92** encoded in the integrated circuit in the key **92**. Every key **92** is unique and provides a unique key code. After reading the key code of the key **92**, the key detector **90** sends a signal to the microprocessor corresponding to the key code of the key **92**. Because the touch button key detector **90** uses a flat surface **94** to detect key codes and does not present an opening to the interior of the lock unit **12**, the use of the touch button key detector **90** and keys **92** greatly reduce the susceptibility of the lock to being picked.

The lock unit **12** also contains a power supply **96** preferably in the form of a battery. Preferably, a 9-volt lithium or alkaline battery is used, but other types of batteries having other voltages may be used. A voltage regulator **97** regulates power from the power supply **96** to the microprocessor **88**. Alternatively, a permanent power supply may be provided by connecting the electronic lock to a power line, such as a standard **120** volt power line. The power supply **96** supplies power to the solenoid **38** and the other electronics in the electronic lock. The power supply **96** is connected to the microprocessor **88**, which controls the direction of current flowing from the power supply **96** to the coil **50** in the solenoid **38**. Preferably, to conserve power, the power supply **96** does not supply power to the solenoid **38** when the locking member **24** is in the locked position. However, if a permanent source of power is available, the solenoid **38** could be connected to a power supply **96** so that current is constantly flowing through the coil **50** in a direction such that the induced magnetic field of the coil **50** is aligned with the permanent magnet to hold the latch member **42** in the locked position. Since in the preferred mode of operation the power supply **96** only directs power to the coil **50** in response to a signal from the microprocessor **88**, the amount of power used by the electronic lock is very small.

The electronic lock may operate as follows. When the locking member **24** is in the locked position shown in FIGS. **6** and **7**, the latch member **42** is held in the locked position by the anti-release spring **74** and the permanent magnet of the solenoid **38**. Preferably, no power is flowing through the coil **50** of the solenoid **38**. Referring to FIG. **2**, a key **92** is presented to the key detector **90**. The microprocessor **88** keeps stored in memory **98** the key codes which are authorized to open the lock. Referring now to FIG. **14**, the key detector **90** in box **200** generates a signal corresponding to the key code from the key detector **90** to the microprocessor **88**. In box **202**, the microprocessor **88** determines whether the device presented to the key detector **90** is a key **92**. Assuming a master key has not been presented, the microprocessor **88** proceeds through the steps shown in boxes **204**, **206**, and **208** until it reaches box **210**. In box **210**, the microprocessor **88** determines whether the key code received from the key detector **90** matches an authorized key code stored in the memory **98**. If an authorized key code is received, the microprocessor **88** in box **212** sets a status open flag indicating the lock may be opened. If a master key is presented, the microprocessor proceeds to box **222** and again sets a status open flag to indicate the lock may be opened.

The knob **26** may then be turned, which causes the anti-release spring **74** to be pushed away from the latch member **42** and also causes the switch **86** to send a signal to the microprocessor **88** indicating the locking member **24** has been moved. Referring now to FIG. **15**, when the microprocessor **88** receives a signal from the switch **86**, the microprocessor **88** in box **300** checks the status open flag to determine whether the lock may be opened. If the status open flag indicates the lock may be opened, the microprocessor **88** in box **302** checks to see if the switch has already been on, and if not, in box **304** directs current from the

power supply **96** to the coil **50** in a direction that causes the magnetic field induced in the coil **50** to be aligned opposite to the magnetic field of the permanent magnet. The induced magnetic, field of the coil **50** is sufficiently strong so that the release spring **70** pivots the latch member **42** from the locked position to the open position. As shown in FIGS. **10** and **11**, the locking member **24** may then be rotated by the knob **26** toward the open position. Alternatively, the microprocessor could direct power to the coil **50** immediately in response to receiving an authorized key code from the key detector **90** instead of waiting for a signal from the switch **86**.

As can be seen in FIG. **9**, when the anti-release spring **74** is pushed away from the latch member **42**, the latch member **42** is susceptible to being jarred open by a sharp blow to the housing **22**. To prevent this, if the switch **86** is open (as in FIGS. **8** and **9**) and no signal for an authorized key has been received, the microprocessor **88** directs an electric current from the power supply **96** to the coil **50** of the solenoid **38**. This is shown by boxes **300** and **306** of FIG. **15**. The current flows through the coil **50** in the opposite direction of the current flow used to open the lock. Thus, the microprocessor **88** directs the current through the coil **50** so that the induced magnetic field in the coil **50** is aligned in the same direction as the magnetic field of the permanent magnet. Thus, the resulting force imparted by the solenoid **38** on the latch member **42** can be greatly increased. By increasing the amount of magnetic force applied to the latch member **42** in response to an unauthorized attempt to open the lock, the current flow through the solenoid **38** reduces the susceptibility of the latch member **42** from being jarred out of place in response to a sharp blow to the housing **22**.

In addition, reversing the current flow in the solenoid **38** in response to an unauthorized attempt to open the lock allows a smaller permanent magnet with a reduced magnetic field to be used with the lock, because the reversed current flow aids the permanent magnet in holding the latch member **42** in place. A smaller permanent magnet has several advantages. First, a smaller permanent magnet with a reduced magnetic field requires a smaller induced magnetic field to allow the release spring **70** to pivot the latch member **42** to the open position. This translates into less power consumption by the lock. In addition, a smaller permanent magnet reduces the size and cost of the electronic lock.

FIGS. **18**–**22** show an alternative preferred embodiment of a lock unit **612** of the present invention having an alternative locking mechanism. Like numerals correspond to like elements illustrated in the embodiment shown in FIGS. **1**–**12**. In this embodiment, solenoid **38** of the embodiment of FIGS. **1**–**12** is replaced with an electric motor **638**. As in the embodiment in FIGS. **1**–**12**, a knob is connected to a shaft which passes through the housing and is connected to the locking member **624**. Rotation of the knob **26** causes the locking member **624** to rotate from the open to the locked position. A locking mechanism controls movement of the locking member **624** from the locked position to the open position. The locking mechanism is comprised of an electric motor **638** which is mounted on the support plate **644**, a latch member **642** mounted on the support plate **644**, and a spring plate **646**. The electric motor **638** has attached to it a shaft **639** and a rotating member **700**. Power is supplied to the electric motor **638** from a battery by electrical connections **640**. The electric motor **638** may be an electric motor from a vibrating pager. A bracket **636** holds the motor **638** in place. FIG. **18** shows the locking member **624** in the locked position while FIG. **19** shows the locking member rotated partially toward the open position. FIG. **21** shows the lock member **624** rotated completely to the open position.

Referring now to FIGS. **18**, **19** and **21**, the support plate **644** defines an elongate groove **654** which contains the latch member **642**. The elongate groove **654** is located adjacent to the electric motor **638**. The latch member **642** fits in the groove **654** and has a pivot surface **656** which rests on the support plate **644**. The edge **658** of the support plate at the end of the groove **654** acts as a fulcrum to allow the latch member **642** to pivot within the groove **654**. As shown in FIG. **20**, when the latch member **642** is in the locked position, the front portion **660** of the latch member **642** confronts the blocking surface **652** of the locking member **624** to prevent rotation of the locking member **624** from the locked to the open position. The latch member **642** has a ridge **668** along the bottom of the rear portion of the latch member **642**. The spring plate **646** has a release spring **670** which preferably ends in a loop **672** which fits around the ridge **668** of the latch member **642**. The pivot surface **656** of the latch member **642** is angled so that in the locked position the pivot surface **656** angles away from the support plate **644**, as shown in FIG. **20**.

The electric motor **638** prevents movement of the latch member **642** as follows. The rotating member **700** is in the shape of a partial cylinder. In the locked position the curved portion **702** of the rotating member **700** faces and/or contacts the bottom of the latch member **642**, thus interfering with the pivoting movement of the latch member **642** from the closed to the open position. A resilient spring arm **704** presses against a lower flat surface **706** of the rotating member **700** so as to resist rotation of the rotating member **700** in the counter-clockwise direction (as viewed in FIG. **20**) while a stop **708** prevents rotation of the rotating member in the clockwise direction. The spring arm **704** may be made from plastic or any other suitable sturdy, flexible material. Collectively the spring arm **704** and stop **708** bracket the rotating member **700** to prevent the rotating member **700** from being jarred by a sharp blow to the lock unit into a non-interfering position.

When the lock microprocessor **88** receives a signal indicating authorized access power is provided from the battery to the motor **638** so as to rotate the rotating member **700** in a counter-clockwise direction so that the curved portion **702** is moved to a non-interfering position with respect to the latch member **642**, as shown in FIG. **22**. The stop **708** prevents further rotation of the rotating member **700**. Only a short burst of power is supplied to the motor **638** so that the rotating member **700** is rotated out of interference, but power is not continuously supplied so as to avoid running down the battery. The spring arm **704** is sufficiently flexible so that the spring arm **704** allows the rotating member **700** to rotate counter-clockwise, such that the spring arm **704** is located beneath the curved portion **702** of the rotating member as shown in FIG. **22**. When the rotating member **700** is rotated counter-clockwise to a non-interfering position, the release spring **670** causes the latch member **642** to pivot about the edge **658**, thus lowering the front portion **660** of the latch member **642** out of the plane of the blocking surface **652** of the locking member **624**. FIG. **22** shows the latch member **642** pivoted to the open position. This allows the locking member **624** to be rotated to the open position. The release spring **670** presses the rear portion of the latch member **642** toward the support plate **644** so that when the latch member **642** is in the open position the pivot surface **656** of the latch member **642** is pressed flush with the bottom of the support plate **644**, as shown in FIG. **22**.

When the lock member **624** is rotated back to the locked position, the motor **638** is energized so as to rotate the rotating member **700** back to an interfering position as

shown in FIG. **20**. The stop **708** prevents further rotation of the rotating member **700** in the counterclockwise direction, while the spring arm **704** returns to a position above the flat surface **706** of the rotating member.

The spring plate **670** also has an anti-release spring **674** which presses against the front portion **660** of the latch member **642**. The anti-release spring **674** resists movement of the front portion **660** of the latch member **642** away from the locked position. The anti-release spring **674** thus acts to retain the latch member **642** in the locked position. The purpose of the anti-release spring is to prevent the latch member **642** from being jarred into the open position. In the absence of the anti-release spring **674**, the latch member **642** may be jarred by a sharp blow to the lock unit into the open position, allowing the locking member **624** to be rotated to the open position. Because the anti-release spring **674** presses against the latch member **642**, the anti-release spring **674** prevents the latch member **642** from being jarred open in response to a sharp blow.

The lock unit **612** also has a mechanism for pushing the anti-release spring **674** away from the latch member **642**. The locking member **624** has a beveled dimple **676** in which is seated a ball bearing **678**. The support plate **644** has a hole **680** with a diameter slightly larger than the diameter of the ball bearing **678**. A portion of the anti-release spring **674** is located underneath the hole **680**. In the locked position shown in FIG. **18**, the ball bearing **678** rests in the hole **680** in the support plate **644** and is retained by the anti-release spring **674**, which prevents the ball bearing **678** from slipping out of the hole **680** in the support plate **644**. When the locking member **624** is rotated toward the open position, as shown by FIG. **19**, the dimple **676** moves relative to the ball bearing **678**, since the ball bearing **678** is prevented from rotating with the dimple **676** by the edge of the hole **680** in the support plate **644**. Accordingly, the ball bearing **678** is pushed by the beveled surface of the dimple **676** to the bottom surface of the locking member **624**. The ball bearing **678** in turn pushes the anti-release spring **674** to the open position away from the latch member **642**. With the anti-release spring **674** pushed away from the latch member **642**, the latch member **642** is free to pivot to the open position. FIG. **21** illustrates the ball bearing **678** resting on the bottom of the locking member **624** after the locking member **624** has been rotated to the open position.

The lock unit **612** also has a mechanism for detecting movement of the locking member **624**. The spring plate **646** includes an electrical contact **682** which presses against another electrical contact **686** mounted beneath the support plate. In the locked position shown in FIG. **18**, the contact **682** is pressed against contact **686** to form a closed circuit. When the contact **682** is pushed away from the contact **686**, an open circuit is created, which is detected by the microprocessor **88**. The contact **682** is mounted on the anti-release spring **674**, so that the contact **682** is pushed away from the contact **686** by the ball bearing **678** in the same manner as the anti-release spring **674** is pushed by the ball bearing **678**. Thus, the ball bearing **678**, contact **682** and contact **686** act collectively as a movement detector to detect movement of the locking member **624** from the closed position toward the open position.

When the movement detector detects movement of the lock member **624** without an authorized key being presented to the lock, the microprocessor causes the motor **638** to be energized so as to rotate in the clockwise direction so that the rotating member is pushed against the stop **708**, as viewed in FIG. **20**. The motor **638** continues to apply power so long as the movement detector indicates that the lock member **624** has been moved but no authorized signal has been received by the microprocessor **88**. The stop **708** prevents rotation of the rotating member **700** to a non-interfering position. By continuously supplying power to the motor **638**, the rotating member **700** is firmly held in an interfering position to prevent pivotal movement of the latch member **642** from the open to the closed position. Thus, both the spring arm **704** and the motor **638** act together to urge the rotating member **700** toward an interfering position in response to an unauthorized attempt to open the lock. This prevents the lock from being opened by jarring the latch member **642** into the open position when the lock member **624** is rotated.

## Assembly and Mounting

Referring now to FIGS. **1** through **5**, in one preferred aspect of the invention, the electronic lock **10** is mounted to the exterior surfaces **16***a, b* of a drawer, cabinet, door, or other similar structure or device. The base member **20** preferably has a plurality of mounting members **100**, each of which passes through a respective hole **102** in base member **20**, to mount the lock unit **12** to the surface **16**. The mounting members **100** may be screws, bolts, or any suitable mechanical fastening device. The base member **20** has several engaging members **104** projecting away from the horizontal plane **106** of the base member **20**. The engaging members **104** are "L" shaped, having a portion projecting perpendicularly away from the plane **106** and another tab portion **108** directed generally parallel to the plane **106**. The base member **20** also has a front portion **110** projecting away from the plane **106** at a generally perpendicular angle. The front portion **110** of the base member **20** has a slot **112** through which the catch portion **32** of the locking member **24** passes when rotated to the locked position.

The housing **22** and base member **20** fit together to form an enclosure containing the various components of the electronic lock **10**. The housing **22** is sized to surround the base member **20**, so that the bottom periphery **114** of the housing **22** surrounds the base member **20**. Preferably, the bottom periphery **114** of the housing **22** is flush with the surface **16** on which the lock unit **12** is mounted. Because the housing **22** surrounds the base member **20** and is flush with the surface **16**, the housing **22** prevents access to the mounting members **100**. Thus, when the housing **22** and base member **20** are secured to each other to form an enclosure, the mounting members **100** cannot be accessed to remove the lock unit **12** by attempting to cut or drill out the mounting members **100**.

The housing **22** and base member **20** are secured to each other with the engaging members **104**. The tab portions **108** of the engaging members **104** fit in receiving slots **116** of the support plate **44**. To attach the housing **22** to the base member **20**, the tab portions **108** of the engaging members **104** are first pushed through the receiving slots **116** of the support plate **44**. The housing **22** is then moved laterally relative to the base member **20**, so that the tab portions **108** of the engaging members **104** hook over the support plate **44**. As the housing **22** is moved laterally, the front portion of the housing **22** is moved toward the front portion **110** of the base member **20** until the front portion of the base member **110** abuts the housing **22** and the support plate **44**. Because the tabs **108** hook over the support plate **44**, the housing **22** cannot be pulled vertically away from the base member **20** without first sliding the housing **22** laterally relative to the base member **20**. FIGS. **4** and **5** illustrate the assembled housing **22** and base member **20**, showing the tab portions **108** hooked over the support plate **44**.

The base member **20** and housing **22** are further secured to prevent lateral movement through a catch spring **118** attached to the base member **20**. The catch spring **118** protrudes inwardly from the base member **20**. The support plate **44** has a lip **120** which is located at the front of the support plate **44**. When the housing **22** moves laterally relative to the base member **20**, the lip **120** travels toward the catch spring **118**. The lip **120** depresses the catch spring **118** as the housing **22** continues to move into engagement with the base member **20**. When the lip **120** passes the catch spring **118**, the catch spring **118** springs back into its relaxed position. In the relaxed position, the catch spring **118** interferes with the lip **120** when the housing **22** is pushed laterally in the opposite direction to remove the housing **22** from the base member **20**. Thus, the catch spring **118** and lip **120** together prevent the base member **20** and housing **22** from becoming separated. FIGS. **4** and **5** show the catch spring **118** in the relaxed position and abutting the lip **120** to prevent relative lateral movement of the housing **22** with respect to the base member **20**.

When the housing **22** and base member **20** are assembled, the catch spring **118** may be depressed by inserting a tool through the slot **112** and pressing down against the catch spring **118**. This can only be done when the locking member **24** is rotated to the open position, and the lock unit **12** is moved relative to the strike unit **14** so that there is enough room to insert a tool into the slot **112**, as shown in FIG. **2**. With the catch spring **118** depressed, the lip **120** is free to travel over and past the catch spring **118** when the housing **22** is pushed laterally with respect to the base member **20** to disengage the tab portions **108** from the support plate **44**.

Alternatively, other mechanisms may be used to matingly engage the housing **22** with the base member **20**. Other mechanical catches or latches may be used to secure the housing to the base member. In addition, the base member and housing may be composed of one or more units, such that the enclosure is formed by more than two elements.

The electronic lock **10** presents few openings through which the electronic lock **10** may be picked when the lock unit **12** and strike unit **14** are secured together. Like the lock unit **12**, the strike unit **14** is comprised of two parts, a base member **122** and a housing **124**. The base member has two slots **34***a, b* for receiving the catch portion **32** of the locking member **24**, and a central member **36** between the slots **34**. When the lock unit **12** and strike unit **14** are secured together, the catch portion **32** passes through the slot **112** of the housing **22** as well as the slots **34***a, b* of the strike unit **14**. The locking member **24** substantially fills each of the slots. Thus, it is very difficult to pick the electronic lock **10** because the housings of the lock unit **12** and strike unit **14** do not present any openings, and the locking member **24** fills the slots in the lock unit **12** and the strike unit **14**.

### Key Management

In another separate preferred aspect of the invention, a key management system is provided to manage which keys are authorized to open the electronic lock **10**. Referring to FIG. **13**, the electronic lock **10** includes a memory **98** for storing key codes corresponding to keys which are authorized to open the electronic lock **10**. When a key **92** is detected by the key detector **90** (as in FIG. **2**), the key detector **90** sends a signal to the microprocessor **88** in the form of a key code corresponding to the key **92**. The microprocessor **88** compares the received key code with the authorized key codes stored in the memory **98**, and if the key **92** is an authorized key, the lock may be opened.

The electronic lock **10** has a microprocessor **88** (shown schematically in FIG. **13**) which is used to receive signals from the key detector **90**. The electronic lock **10** has memory **98** in the form of Electronically Erasable Programable Read Only Memory (EEPROM) which is connected to the microprocessor **88**. Collectively, the microprocessor **88** and associated memory **98** comprise a computer system. The computer system which may be used in the present invention may be any device, whether a microprocessor alone or in combination with other processors and/or memory devices, which performs the functions described herein relating to the reading, writing, deleting, storing and comparing of information relating to key codes.

In order to add and delete authorized key codes stored in memory **98**, the key management system preferably utilizes a master key. In a preferred embodiment, the master key is the first key detected by the key detector **90**. When power is first supplied to the microprocessor **88**, the memory **98** contains no authorized key codes. Referring now to FIG. **14**, when the microprocessor **88** in box **204** receives a first key code generated by the key detector **90**, the microprocessor **88** in box **216** adds the key code of the first key to the authorized key codes stored in the memory **98**. In addition, the microprocessor **88** in box **216** stores the first key code as the master key code in the memory.

By storing the first key code to be detected as the master key code, the key management system greatly reduces the complexity of providing a master key for the lock. Master keys do not need to be created especially for any particular lock. Because the first key touched to the electronic lock becomes the master key, it is not necessary to program each lock to store a particular key code as the master key. Thus, electronic locks may be manufactured identically and can be used with any key as the master key.

The master key may be used to add and delete key codes from the stored authorized key codes. Referring again to FIG. **14**, when the microprocessor **88**.in box **206** receives a signal corresponding to the key code for the master key, the event is saved in box **222**. If the microprocessor **88** then receives a second signal corresponding to a second key, the microprocessor proceeds to box **208**, in which the microprocessor determines whether the second key is an authorized key and whether the key code for the master key has been received within a certain amount of time (as saved in box **222**). If the second key is not an authorized key, and the master key code was already received within the predetermined time, then the microprocessor **88** in box **214** adds the second key code to the authorized key codes stored in memory **98**. It is therefore easy to add numerous key codes to the memory **98** of the electronic lock **10** by simply first placing the master key on the key detector **90**, and then placing on the key detector **90** the keys which are desired to be added as authorized keys. The system therefore avoids the necessity of separately programming the lock to store key codes in memory which are authorized to open the lock.

In a similar fashion, a key code may be deleted from the authorized keys in the memory **98** by first placing the key to be deleted on the key detector **90** and then placing the master key on the key detector **90**. In box **218**, when the microprocessor **88** has received a signal corresponding to a first authorized key followed by a signal corresponding to the master key (and the signal for the master key is received within a predetermined amount of time after receiving the signal corresponding to the first key), the microprocessor **88** in box **220** removes the first key code from the authorized key codes stored in memory **98**.

Thus, it is easy to update the authorized key codes in memory **98** at any time, including after the electronic lock

has been installed and in use for a period of time. It is only necessary to use the master key in combination with the keys which are desired to be removed from or added to the authorized key codes in memory. The authorized key codes in the memory **98** of an installed lock may be updated by simply touching the key detector **90** with the keys which should be added to or removed from the memory in sequence with the master key. It is not necessary to reprogram the lock by downloading new programming or files of authorized key codes to the microprocessor **88** or memory **98**. The key management system thus greatly reduces the complexity of storing authorized keys in the memory of the lock, and updating the authorized key codes in the memory periodically.

In addition to adding or deleting authorized keys from memory, the master key may be used to control other lock functions, such as accessing the memory, opening the lock at specified times, turning off an alarm, etc. Such functions may not be accessible to the other authorized keys which are not a master key.

In a preferred embodiment, the key management system uses the touch memory button keys described in connection with the locking mechanism. These keys each have a unique serial number, or key code, so that each key provides a unique key code. Thus, once a first key has been detected, there is only a single key which can be the master key.

While the key management system may be used in connection with the electronic lock **10** of the present invention, it also finds utility in other electronic access control devices which utilize electronic keys and/or key codes. Thus, the key management system could be used with any kind of electronic access control device that uses a computer system to track keys and/or key codes. It is only necessary for the system to receive signals corresponding to key codes for particular keys. It is preferred that each key have a unique code. However, the system may be used with a set of keys in which several keys have the same code.

In addition, the key management system could be used with systems that do not include a locking mechanism but do use keys and/or key codes to authorize access. Referring to FIG. **12**, in one such system **500** a door unit **502** containing a key detector **90** and a computer system may be used with a stationary unit **504**. The door unit contains the key management system of the present invention. The door unit **502** contains a proximity detector (not shown) to detect when the door unit **502** is moved relative to the stationary unit **502**. The key management system is used to determine whether movement of the door unit **502** relative to the stationary unit **504** is authorized. If an authorized key is detected, the door unit **502** may be moved relative to the stationary unit **504** without an alarm sounding. However, if an authorized key is not detected, an alarm in the door unit **502** will sound in response to unauthorized movement of the door unit **502** relative to the stationary unit **504**.

Alternatively, the key management system could be used with an appliance or device to which it is desired to restrict access, such as a television or a computer, by controlling the power to the device with a control access device. In other words, the key management system of the present invention may be used in any device in which a computer system controls or regulates access to or use of the device and in which the computer system will allow use or access of the device in response to a signal from an authorized key.

Lock Functions

The electronic lock also includes other components which are useful to operation of the electronic lock but are not necessary. The electronic lock **10** may include an LED **130** which may be used to indicate the status of the lock, such as that the electronic lock is on, that an authorized key has been detected and that the lock may be opened, or that the battery power is low. The electronic lock **10** may also include a beeper **132** to similarly communicate the status of the lock. The beeper **132** may be used to communicate, for example, when a master key has been detected, when an authorized key is detected, when a key code has been added to the authorized key codes in memory, and when a key has been deleted. The beeper **132** may also be used to sound an alarm in response to an attempt to open the electronic lock **10** by moving the locking member **24** without first using an authorized key. This is shown in box **310** of FIG. **15**. In box **308**, after determining that the switch **86** has been open for more than one second, the microprocessor in box **88** causes the beeper **132** to sound an alarm.

The electronic lock **10** may also include a system for keeping track of events. The electronic lock **10** may have a clock **134** which is set to the current time when the lock is first initialized. The microprocessor **88** stores in the memory **98** each key code detected by the key detector **90**. Thus, the microprocessor **88** stores attempts to use both authorized keys and unauthorized keys. For each event, the microprocessor **88** may store other information, such as whether the electronic lock **10** was opened, when the lock **10** was locked, whether an error occurred in a lock function, or whether an attempt was made to open the lock **10** without an authorized key.

Data may be retrieved from or sent to the memory **98** in a variety of ways. For example, data may be transmitted using an infra-red communication system, such as those which operate in conformance with IRDA standards. The electronic lock **10** may have an emitting diode **136** and transmitting diode **138** to allow infrared communication with the microprocessor **88**. Data may also be communicated over a cable using an RS232 communication standard. For example, in electronic lock **10** the key detector **90** also serves to allow communication with external devices using an RS232 communication protocol. The electronic lock therefore may be used to receive or send data to a personal computer, such as, for example, a Palm Pilot™ sold by 3COM®, which includes infrared communication capabilities and the ability to communicate over a cable. Data may also be transmitted using any other standard method for transmitting digital information.

Flow charts showing the operation of an exemplary embodiment of an electronic lock are shown in FIGS. **14–16**. FIG. **14** is a flowchart for an exemplary method of detecting a device such as a communication device or a key, and in response either performing steps from the key management system or allowing data communication. FIG. **15** is a flowchart for an exemplary method of determining whether, in response to a signal from the switch **86**, to sound an alarm or to open the lock. FIG. **16** is a flowchart for an exemplary method of transmitting data to and from the memory of the electronic lock from either an RS232 port, such as through key detector **90**, or an infra-red port, such as the infra-red LEDs **136**, **138**.

The terms and expressions which have been employed in the foregoing specification are used therein as terms of description and not of limitation, and there is no intention, in the use of such terms and expressions, of excluding equivalents of the features shown and described or portions thereof, it being recognized that the scope of the invention is defined and limited only by the claims which follow.

What is claimed is:

1. An electronic access control device, comprising:

(a) a movable locking member;

(b) a latch member movable between an open position and a locked position, said latch member in said locked position interfering with movement of said locking member;

(c) an electrical unit operable to control said latch member and connected to a power supply;

(d) a movement detector that generates a first signal in response to movement of said locking member;

(e) a key detector that generates a second signal in response to detecting a key; and

(f) said power supply directing current in said electrical unit in one direction to increase resistance to movement of said locking member in response to said first signal, and said power supply directing current in said electrical unit in an opposite direction to decrease resistance to movement of said locking member in response to said second signal.

2. The electronic access control device of claim **1**, further including a releasing mechanism to move said latch member to said open position when current flows in said electrical unit in response to said second signal.

3. The electronic access control device of claim **2** wherein said releasing mechanism is a spring.

4. The electronic access control device of claim **1**, further including an anti-releasing mechanism that urges said latch member toward said locked position.

5. The electronic access control device of claim **4** wherein said anti-releasing mechanism is a spring.

6. The electronic access control device of claim **4**, further including a releasing mechanism to move said latch member to said open position when current flows in said electrical unit in response to said second signal.

7. The electronic access control device of claim **1** wherein said locking member, said latch member, said electrical unit, and said power supply are housed in an enclosure comprised of at least two parts, said two parts being matingly engageable with one another.

8. The electronic access control device of claim **1**, further comprising a key management system wherein a first key detected by said key detector becomes a master key.

9. The electronic access control device of claim **8** wherein said key management system stores a plurality of authorized key codes, and said key management system adds another key code to said authorized key codes in response to receiving from said key detector a signal corresponding to said master key and another signal corresponding to another key.

10. The electronic access control device of claim **1** wherein said electrical unit is an electric motor.

11. An electronic access control device, comprising:

(a) a movable locking member;

(b) a locking mechanism operable to control said locking member;

(c) a movement detector that generates a first condition in response to movement of said locking member;

(d) a key detector that generates a second condition in response to detecting a key; and

(e) said locking mechanism increasing resistance to movement of said locking member in response to said first condition, and said locking mechanism decreasing resistance to movement of said locking member in response to said second condition.

12. The electronic access control device of claim **11**, further including an anti-releasing mechanism operable with said locking mechanism to increase resistance to movement of said locking member.

13. The electronic access control device of claim **11** wherein said locking mechanism includes an electric motor.

14. The electronic access control device of claim **11** wherein said locking member and said locking mechanism are housed in an enclosure comprised of at least two parts, said two parts being matingly engageable with one another.

15. The electronic access control device of claim **11**, further comprising a key management system wherein a first key detected by said key detector becomes a master key.

16. The electronic access control device of claim **15**, wherein said key management system stores a plurality of authorized key codes, and said key management system adds another key code to said authorized key codes in response to receiving from said key detector a signal corresponding to said master key and another signal corresponding to another key.

* * * * *