Richard J. Vangelisti, OSB No. 99415
E-mail: richard@vangelisti.com
Scott F. Kocher, OSB No. 01508
E-mail: scott@vangelisti.com
Vangelisti Kocher LLP
811 SW Naito Parkway, Ste. 420
Portland, OR 97204
(503) 445-2100
(503) 445-2120 (facsimile)

Phillip M. Pippenger, Illinois Bar No. 6257172
E-mail: ppippenger@millermatthiashull.com
MILLER, MATTHIAS & HULL, LLP.
One North Franklinf Street, Suite 2350
Chicago, IL 60606
(312) 676-7595
(312) 977-9959 (facsimile)

    Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **VIDEX, INC.**, an Oregon corporation, | Case No. 11-CV-06384-AA |
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |
| **TRITEQ LOCK AND SECURITY, LLC,** an Illinois limited liability corporation; **ROYAL VENDORS, INC.**, a West Virginia corporation; **CRANE MERCHANDISING SYSTEMS, INC.**, a Delaware corporation, dba **DIXIE-NARCO, INC.**; **SANDENVENDO AMERICA, INC.**, a Delaware corporation, | |
| Defendants. | |

PAGE 1 - MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Pursuant to LR 83.11, attorney Phillip M. Pippenger of the law firm of Miller, Matthias & Hull LLP, respectfully requests leave of court to withdraw for medical reasons as counsel of record in this action for the Defendants, Triteq Lock & Security, LLC, Royal Vendors, Inc., Crane Merchandising Systems, Inc. dba Dixie-Narco, Inc., and Sandenvendo America, Inc.

This motion is not being brought for purposes of delay. Local attorneys Richard J. Vangelisti and Scott F. Kocher of Vangelisti Kocher LLP approve of this motion to withdraw and will continue to serve as local counsel in this matter. All defendants are aware of this motion for withdrawal, and such clients/defendants are being served pursuant to LR 83.11(a).

To facilitate the ability of the defendants to find and retain new counsel, Mr. Pippenger requests a 45 day abatement of the action including all court, pretrial, and discovery deadlines. Once new counsel are retained, they will immediately work with counsel for Plaintiff on establishing new, joint pretrial and discovery deadlines to be submitted to the Court for approval.

Accordingly, it is respectfully requested that this motion be granted to withdraw as counsel of record for the Defendants, and that counsel for the parties be ordered to confer regarding appropriate pretrial and discovery deadlines when new counsel for the Defendants are retained.

DATED: September 28, 2012

Respectfully submitted,
Miller, Matthias & Hull LLP

s/Phillip Pippenger
ppippenger@millermatthiashull.com
Miller, Matthias & Hull LLP
One North Franklin St., Ste 2350
Chicago, IL 60606
312-676-7595
312-977-9959 (facsimile)

PAGE 2 - MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS