Richard J. Vangelisti, OSB No. 99415
E-mail: richard@vangelisti.com
Scott F. Kocher, OSB No. 01508
E-mail: scott@vangelisti.com
Vangelisti Kocher LLP
811 SW Naito Parkway, Ste. 420
Portland, OR 97204
(503) 445-2100
(503) 445-2120 (facsimile)

Phillip M. Pippenger, Illinois Bar No. 6257172
E-mail: ppippenger@millermatthiashull.com
MILLER, MATTHIAS & HULL, LLP.
One North Franklin Street, Suite 2350
Chicago, IL 60606
(312) 676-7595
(312) 977-9959 (facsimile)

    Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **VIDEX, INC.**, an Oregon corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**TRITEQ LOCK AND SECURITY, LLC,** an Illinois limited liability corporation; **ROYAL VENDORS, INC.**, a West Virginia corporation; **CRANE MERCHANDISING SYSTEMS, INC.**, a Delaware corporation, dba **DIXIE-NARCO, INC.**; **SANDENVENDO AMERICA, INC.**, a Delaware corporation,<br><br>    Defendants. | Case No. 11-CV-06384-AA<br><br>**REPLY TO RESPONSE TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

PAGE 1 – REPLY TO RESPONSE TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

In reply to Plaintiff's Response to the pending Motion to Withdraw (Dkt. #69), the Defendants submit this reply brief. In short, the Defendants oppose the setting of a hard schedule in response to the motion to withdraw, because to do so would seem premature. While Plaintiff's brief mentions discovery disputes between the parties and other issues, these disagreements can be best worked out between the new Defendants' counsel and Plaintiff's counsel. It is understood that new counsel will be retained as soon as possible and would fully expect to work with the Plaintiff's counsel on these and any other issues.

Accordingly, it is respectfully requested that the motion be granted to withdraw as counsel of record for the Defendants, that a 45 day abatement be ordered, and that counsel for the parties be ordered to confer regarding appropriate pretrial and discovery deadlines when new counsel for the Defendants are retained.

DATED: October 8, 2012

Respectfully submitted,
Miller, Matthias & Hull LLP

s/Phillip Pippenger
ppippenger@millermatthiashull.com
Miller, Matthias & Hull LLP
One North Franklin St., Ste 2350
Chicago, IL 60606
312-676-7595
312-977-9959 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this October 8, 2012.

/s/Phillip M. Pippenger
Phillip M. Pippenger

PAGE 2 – REPLY TO RESPONSE TO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS