UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Videx, Inc.
_____

Plaintiff(s),

v.

Triteq Lock and Security, LLC
_____

Defendant(s).

Civil Case No. 11-06384

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Richard D. Watkins  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**
Name: Watkins    Richard    D
   (Last Name)      (First Name)      (MI)    (Suffix)
Firm or Business Affiliation: Micro Enhanced Technology, Inc.
Mailing Address: 701 Gullo Ave., Ste. B
City: Elk Grove Village    State: IL    Zip: 60007
Phone Number: 847 346 1550    Fax Number: 847 346 1550
Business E-mail Address: rwatkins@metpatents.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Pennsylvania, October 22, 2000, #86020

Illinois, February 13, 2008, #6294716

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
E.D. Pennsylvania, May 2002, #86020

N. D. Illinois, October 2012, #6294716

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑  I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐  I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 1,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Triteq Lock and Security, LLC

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this **3rd** day of **December**, **2012**

*(Signature of Pro Hac Counsel)*

Richard D. Watkins

*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this **3rd** day of **Dec.**, **2012**

*(Signature of Local Counsel)*

Name: **Vangelisti** , **Richard** , **J**
 *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Oregon State Bar Number: **99415**

Firm or Business Affiliation: **Vangelisti Kocher LLP**

Mailing Address: **811 SW Naito Parkway Ste. 420**

City: **Portland**    State: **OR**    Zip: **97204**

Phone Number: **503-445-2101**    Business E-mail Address: **richard@vangelisti.com**

---

### COURT ACTION

☐ Application approved subject to payment of fees.

☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge