Richard J. Vangelisti, OSB No. 99415
richard@vangelisti.com
Vangelisti Law Firm LLC
121 SW Morrison St., Ste. 475
Portland OR  97204
(503) 445-2101
(503) 972-2235 (facsimile)

Richard D. Watkins, Illinois Bar No. 6294716
E-mail: rwatkins@metpatents.com
Micro Enhanced Technology, Inc.
701 Gullo Avenue, Ste. B
Elk Grove Village, IL 60007
(847) 346-1550
(847) 346-1550 (facsimile)
(Admitted Pro Hac Vice)

*Attorneys for Defendants*

Pamela S. Hediger, OSB No. 913099
pam@eechlaw.com
Evashevski, Elliott, Cihak & Hediger, PC
745 NW Van Buren St.
P.O. Box 781
Corvallis, OR  97339
Telephone:     (541) 754-0303
Facsimile:      (541) 754-1455

Patrick T. Michael (admitted *pro hac vice*)
pmichael@jonesday.com
Joe C. Liu (admitted *pro hac vice*)
jcliu@jonesday.com
Iman Lordgooei (admitted *pro hac vice*)
ilordgooei@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 739-3939

David L. Witcoff (admitted *pro hac vice*)
dlwitcoff@jonesday.com
Justin M. Philpott (admitted *pro hac vice*)
jmphilpott@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
Telephone:     (312) 782-3939

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| VIDEX, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>TRITEQ LOCK AND SECURITY, LLC, ROYAL VENDORS, INC., CRANE MERCHANDISING SYSTEMS, INC., dba DIXIE-NARCO, INC., and SANDENVENDO AMERICA, INC.,<br><br>    Defendants. | Case No. 6:11-CV-06384-AA<br><br>**JOINT MOTION AND STIPULATION TO STAY PENDING RESOLUTION OF REEXAMINATION OF U.S. PAT. NO. 6,564,600** |

1.       WHEREAS, on April 1, 2013, the United States Patent and Trademark Office ("USPTO") ordered the *ex parte* reexamination  (Serial No. 90/012,763) of claims 1, 2, 4, 6, 7, and 10-14 of U.S. Patent No. 6,564,600 ("the '600 patent" or "patent-in-suit") pursuant to an *ex parte* request for reexamination filed by Defendant TriTeq Lock and Security, LLC ("TriTeq");

2.       WHEREAS, the aforementioned claims of the '600 patent subject to reexamination by the USPTO are the same claims presently asserted by Videx against Defendants in this litigation;

3.       WHEREAS, now that the USPTO has issued a decision granting the aforementioned *ex parte* reexamination on all presently asserted claims of the '600 patent, the parties agree and stipulate that said reexamination may simplify and/or narrow the issues raised in this case;

4.       WHEREAS, counsel for Plaintiff Videx, Inc. ("Plaintiff" or "Videx") and Defendants TriTeq, Royal Vendors, Inc., Crane Merchandising Systems, Inc., and Sandenvendo America, Inc. (collectively, the "Defendants") have therefore met and conferred regarding the status of this case and agree that a stay is appropriate in view of the USPTO's aforementioned grant of reexamination of the '600 patent;

5.       WHEREAS, the parties stipulate and agree to stay the current litigation and that all hearings and deadlines be taken off calendar until final exhaustion of the aforementioned *ex parte* reexamination proceeding, including any appeals, of the '600 patent;

6.       WHEREAS, this Court has previously issued an Order (Dkt. No. 101) modifying the case schedule in this matter setting June 28, 2013 as the deadline for fact discovery, August 30, 2013 as the deadline for parties to complete expert discovery, September 9, 2013 as the

deadline for parties to confer and file a Joint Alternate Dispute Resolution Report, and

September 27, 2013 as the deadline for the parties to file dispositive motions.

7.      WHEREAS, the requested stay would have minimal impact on the case

schedule—no trial date has been set and there are no other Court deadlines other than those listed

above in ¶ 4;

8.      WHEREAS, the requested stay would further interests of judicial economy and

conservation of the parties' and the Court's resources;

9.      WHEREAS, Videx agrees to submit to this Court a reexamination status report

within thirty (30) days after final exhaustion of the aforementioned *ex parte* reexamination

proceeding, including any appeals, of the '600 patent;

10.     WHEREAS, in consideration of the foregoing factors and stipulations, the parties

respectfully move this Court to stay all proceedings in this Case No. 6:11-CV-6384-AA until the

aforementioned *ex parte* reexamination proceeding (Serial No. 90/012,763), including any

appeals, of the '600 patent is complete;

11.      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and

between the Plaintiff and the Defendants through their respective counsel, subject to the approval

of the Court, that all proceedings before the Court in this Case No. 6:11-CV-6384-AA be stayed

until the aforementioned *ex parte* reexamination proceeding (Serial No. 90/012,763), including

any appeals, of the '600 patent is complete.

Dated: April 15, 2013.                              Respectfully submitted,

                                                                   By:   */s/ Richard J. Vangelisti*

Richard J. Vangelisti, OSB No. 99415
richard@vangelisti.com
Vangelisti Law Firm LLC
121 SW Morrison St.,  Ste. 475
Portland OR  97204
(503) 445-2101
(503) 972-2235 (facsimile)

Richard D. Watkins (*pro hac vice*)
rwatkins@metpatents.com
Micro Enhanced Technology, Inc.
701 Gullo Avenue, Ste. B
Elk Grove Village, IL 60007
(847) 346-1550
(847) 346-1550 (facsimile)

*Attorneys for Defendants*

Dated: April 15, 2013.                              By:   */s/ Pamela S. Hediger*

Pamela S. Hediger, OSB No. 913099
pam@eechlaw.com
Evashevski, Elliott, Cihak & Hediger, PC
745 NW Van Buren St.
P.O. Box 781
Corvallis, OR 97339
Telephone:    (541) 754-0303
Facsimile:    (541) 754-1455

Patrick T. Michael (*pro hac vice*)
pmichael@jonesday.com
Joe C. Liu (*pro hac vice*)
jcliu@jonesday.com
Iman Lordgooei (*pro hac vice*)
ilordgooei@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    (650) 739-3939

David L. Witcoff (*pro hac vice*)
dlwitcoff@jonesday.com
Justin M. Philpott (*pro hac vice*)
jmphilpott@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
Telephone:    (312) 782-3939

*Attorneys for Plaintiff*