Pamela S. Hediger, OSB No. 913099
pam@eechlaw.com
Evashevski, Elliott, Cihak & Hediger, PC
745 NW Van Buren St.
P.O. Box 781
Corvallis, OR  97339
Telephone:    (541) 754-0303
Facsimile:     (541) 754-1455

Patrick T. Michael (admitted *pro hac vice*)
pmichael@jonesday.com
Joe C. Liu (admitted *pro hac vice*)
jcliu@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    (650) 739-3939

David L. Witcoff (admitted *pro hac vice*)
dlwitcoff@jonesday.com
Justin M. Philpott (admitted *pro hac vice*)
jmphilpott@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
Telephone:    (312) 782-3939

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| VIDEX, INC., | Case No. 6:11-CV-06384-AA |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| TRITEQ LOCK AND SECURITY, LLC, ET AL., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Iman Lordgooei, Esq., formerly with Jones Day, hereby withdraws as counsel of record for Plaintiff, Videx, Inc. in this action. Videx, Inc. continues to be represented in this action by the law firm of Jones Day. Videx, Inc. requests that the ECF Notification be updated accordingly.

Dated: July 1, 2013                              Respectfully submitted,

By: /s/ Pamela S. Hediger
Pamela S. Hediger, OSB No. 913099
pam@eechlaw.com
Evashevski, Elliott, Cihak & Hediger, PC
745 NW Van Buren St.
P.O. Box 781
Corvallis, OR 97339
Telephone:   (541) 754-0303
Facsimile:    (541) 754-1455

Patrick T. Michael (*pro hac vice*)
pmichael@jonesday.com
Joe C. Liu (*pro hac vice*)
jcliu@jonesday.com
Iman Lordgooei (*pro hac vice*)
ilordgooei@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:   (650) 739-3939

David L. Witcoff (*pro hac vice*)
dlwitcoff@jonesday.com
Justin M. Philpott (*pro hac vice*)
jmphilpott@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
Telephone:   (312) 782-3939

*Attorneys for Plaintiff*